REUEL H. THAYER, Respondent, *v.* DWIGHT W. HODGE et al., Appellants.

*Thayer* v. *Hodge*, 13 App. Div. 627, affirmed.
(Argued March 8, 1900; decided March 27, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 3, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Adelbert Moot* for appellants.

*Spencer Clinton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

WILLIAM J. LOGAN et al., Appellants, *v.* MARSHALL T. DAVIDSON, Respondent.

*Logan* v. *Davidson*, 18 App. Div. 353, affirmed.
(Argued March 8, 1900; decided March 27, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1897, reversing a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial and granting a new trial.

*Edward P. Lyon* for appellants.

*Alexander Cameron* and *William B. Hill* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.